CAUSE NO. PD-0073-15
IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

DARRELL LYNN HOLLEMAN
   Appellant

V.

THE STATE OF TEXAS
   Appellee

§
§
§
§
§
§
§
§
§
§
§

TRIAL COURT NO. 10,889

## APPELLANT'S MOTION TO SUSPEND RULES

TO THE HONORABLE JUDGE(S) OF SAID COURT:

   COMES NOW, Darrell Lynn Holleman, Appellant Pro-Se in the above styled and numbered cause, and respectfully files this Motion to Suspend Rules, specifically request this Court to suspend rules 9.2, 9.3(b), and 9.5 of the Texas Rules of Appellate Procedure. The Appellant would show the Honorable Court the following in support thereof:

### I.

   Appellant is currently incarcerated in the Texas Department of Criminal Justice at the Stringfellow Unit in Rosharon, Texas. Appellant does not have access to a reproduction or copy machine nor is capable of making the applicable copies required by this Court's due date.

### Prayer.

THEREFORE, Appellant humbly requests this Court

to suspend the forementioned rules of the Texas Rules of Appellate Procedure to allow Appellant to file the Petition for Discretionary Review.

Respectfully Submitted,

Darrell Lynn Holleman
Darrell Lynn Holleman
TDCJ # 1862925
Stringfellow Unit
1200 Fm 655
Rosharon, TX 77583

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE       03/03/15
R216/BJ00047               IN-FORMA-PAUPERIS DATA              14:25:08
TDCJ#: 01862925 SID#: 03402153 LOCATION: MAC STRINGFEL    INDIGENT DTE: 01/26/15
NAME: HOLLEMAN,DARRELL LYNN          BEGINNING PERIOD: 08/01/14
PREVIOUS TDCJ NUMBERS: 00628426 01255235 01568296
CURRENT BAL:       0.00 TOT HOLD AMT:      0.00 3MTH TOT DEP:       0.00
6MTH DEP:          0.00 6MTH AVG BAL:      2.60 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/15     14.71          0.00           10/14     0.69          0.00
12/14     12.11          0.00           09/14    21.12          0.00
11/14      9.56          0.00           08/14    21.12          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Brazoria_
ON THIS THE _3_ DAY OF _March_ ,_15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Judy Marie Borne* (signature)

JUDY MARIE
BORNE
Notary Public. State of Texas
My Commission Expires
03 15 2017

Notary Without Bond